NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: SAGE THERAPEUTICS, INC.,**

*Appellant*

_____

2024-1283

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/314,565.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              IN RE: SAGE THERAPEUTICS, INC.

(2)  Each side shall bear their own costs.


FOR THE COURT


April 9, 2025
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** April 9, 2025